**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANN WINDHAM TILLER, etc.,

    Plaintiff,

vs.                                      CASE NO. 3:03-cv-489-J-32HTS

FORD MOTOR COMPANY, a foreign corporation,

    Defendant.

---

**O R D E R**

This cause is before the Court on several matters:

1. Defendant's Motion for Protective Order [regarding] Plaintiff's Notices of Taking Depositions of Current and Retired Ford Employees (Doc. #80) and Defendant's Motion to Quash Plaintiff's Notices of Taking Depositions of Current and Retired Ford Employees (Doc. #82) (collectively, Motions), which are opposed. Plaintiff's Opposition to Defendant's Motion for Protective Order/Motion to Quash (Doc. #83).

Upon consideration, the Motions (Docs. ## 80, 82) are **DENIED.** The witnesses at issue seem likely to have information within the scope of the reopened discovery. Further, while Defendant argues the depositions could have been taken prior to previous discovery deadlines, Motions at 3, it does not appear to object to them as untimely in light of the current cutoff.

2. The Motion for Leave to File Motion Under Seal (Doc. #84), which is **GRANTED**. Plaintiff may, within five (5) days of the date of this Order, file under seal her motion to compel.

3. Defendant's Emergency Motion for Enlargement of Time to Serve Expert Rebuttal Reports (Doc. #85; Motion for Enlargement), which is opposed. Plaintiff's Response to Ford's Emergency Motion for Enlargement of Time to Serve Expert Rebuttal Reports (Doc. #89).

Defendant provides no persuasive reason for extending the deadline at issue by the requested period of time. However, the Court having considered the positions of the parties, and being otherwise fully apprised in the premises, the Motion for Enlargement (Doc. #85) is **GRANTED** to the extent Defendant shall have up to and including September 2, 2005, within which to serve expert rebuttal reports.

4. Plaintiff's Emergency Motion for Extension of Discovery Deadline (Doc. #90), which is **STRICKEN** for lack of compliance with Rules 3.01(a) and 3.01(g), Local Rules, United States District Court, Middle District of Florida.

5. The requests for oral argument (Docs. ##81, 86, 91), which are **DENIED** as **MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of August, 2005.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
  and pro se parties, if any