UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:03-cv-489-J-32HTS

ANN W. TILLER, as Personal
Representative of the Estate of
CLARK E. TILLER, deceased,

    Plaintiff,

vs.

FORD MOTOR COMPANY, a foreign
corporation,

    Defendant.
_____/

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXCLUDE AND/OR LIMIT THE TESTIMONY OF
PLAINTIFF'S EXPERT ALLAN J. KAM AND
<u>REQUEST FOR DAUBERT HEARING</u>**

**I. <u>STATEMENT OF THE CASE</u>**

This is a product liability action that arises out of an automobile accident that occurred on May 30, 2001, in the southbound lanes of Interstate 95 near Ridgeland, South Carolina. At that time a 1995 Lincoln Town Car driven by Clark Tiller, and containing Mr. Taylor's wife, Ann Tiller, as a passenger, was rear-ended by a semi tractor-trailer truck driven by Hilbert Darcy Bihn. The impact caused the Town Car to leave the roadway and overturn. As a result of the accident, Mr. Tiller was killed. This action seeks damages under Florida's wrongful death statute against Ford Motor Company.