**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANN WINDHAM TILLER, etc.,

    Plaintiff,

vs.                                         Case No. 3:03-cv-489-J-32HTS

FORD MOTOR COMPANY, a foreign
corporation,

    Defendant.
_____

**O R D E R**

A settlement conference is hereby set before the undersigned for Wednesday, January 11, 2006, at 9:30 a.m., in Courtroom 5A (5th Floor), U.S. Courthouse, 300 N. Hogan Street, Jacksonville, Florida. Trial counsel and representatives of the parties with full settlement authority shall personally attend.

Not later than Monday, January 9, 2006, counsel for each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement. These "open" memoranda <u>should not be filed</u> with the Clerk of the Court, but delivered directly to the undersigned at the address listed above, with a copy supplied to opposing counsel. In addition to this "open" memorandum, at the same time, each party shall <u>provide to the Court only, and not opposing counsel</u>, a memorandum marked **"CONFIDENTIAL."** These "confidential" memoranda shall set forth the

ultimate settlement position to which each party would be willing to agree.  The "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone.

At the conclusion of the settlement conference, whether or not settlement is reached, these memoranda will be destroyed by the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of January, 2006.

>                /s/         Howard T. Snyder
>                HOWARD T. SNYDER
>                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
     and *pro se* parties, if any