**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANN WINDHAM TILLER, etc.,

    Plaintiff,

vs.                      CASE NO. 3:03-cv-489-J-32HTS

FORD MOTOR COMPANY, a foreign corporation,

    Defendant.

_____

### O R D E R

At the settlement conference held on January 11, 2006, the parties were unable to reach a final resolution. However, they expressed an intent to pursue further settlement discussions. Thus, the settlement conference has been continued to 2:15 p.m., January 17, 2006. If chambers is notified such conference is no longer necessary or desirable, it will be canceled.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of January, 2006.

                          /s/        Howard T. Snyder
                          HOWARD T. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and *pro se* parties, if any